# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-00127-IM** |
| **v.** | **INFORMATION** |
| **MELANIE BREEANNE RIVAS,** | **18 U.S.C. § 111(a)(1)** |
| **Defendant.** | |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### (Assaulting a Federal Officer)
### (18 U.S.C. § 111(a)(1))

On or about October 29, 2025, in the District of Oregon, defendant **MELANIE BREEANNE RIVAS,** did forcibly assault Adult Victim 1 (AV1) by intentionally threatening a person designated as a federal officer under 18 U.S.C. § 1114, while AV1 was engaged in, and on account of the performance of AV1's official duties, by operating her vehicle in a manner which caused a reasonable apprehension of immediate bodily harm to said officer;

In violation of Title 18, United States Code, Section 111(a)(1), a class A misdemeanor.

Dated: April 27, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/ *Gregory R. Nyhus*
GREGORY R. NYHUS
Assistant United States Attorney

**Information**                                                                                   **Page 1**